```
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone:  623-939-6546
Fax:    623-939-6718
Email:  attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor
```
IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: July 06, 2010



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Rock E. Overson,<br>and<br>Cyndee L. Overson<br><br>Debtor. | Chapter 7 Proceedings<br><br>Case No. 2:10-bk-18630<br><br>**ORDER** |

THIS MATTER comes before the Court on Motion to excuse appearance of Rock E. Overson at the 341 meeting as the debtor is unable to attend due to medical reasons.

IT IS HEREBY ORDERED that the above-named Debtor will be excused from the 341 meeting scheduled for July 23, 2010.

DATED this 22nd day of June, 2010.

_____
Honorable Randolph J. Haines
United States Bankruptcy Court

- 1 -